| | |
|---|---|
| 1 | WILLIAM G. MALCOLM, #129271<br>ARTURO M. CISNEROS, #120494 |
| 2 | KEVIN HAHN, #231579 |
| 3 | MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive, Second Floor |
| 4 | Irvine, California 92612<br>(949) 252-9400 (TELEPHONE) |
| 5 | (949) 252-1032 (FACSIMILE) |

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re ) | Bankruptcy Case No. 09-51700 |
| ) | |
| JACINTO MANCILLAS and MARIA ELENA ) | RS No. WGM-2169 |
| MANCILLAS, ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| _____ ) | |
| EMC MORTGAGE CORPORATION as ) | **EMC MORTGAGE'S MOTION FOR RELIEF** |
| servicer for WELLS FARGO BANK, ) | **FROM AUTOMATIC STAY** |
| NATIONAL ASSOCIATION as Trustee for the ) | |
| Certificateholders of STRUCTURED ASSET ) | HEARING DATE: |
| MORTGAGE INVESTMENTS II INC., ) | DATE: September 30, 2009 |
| GREENPOINT MTA TRUST 2005-AR3, ) | TIME: 3:00 PM |
| MORTGAGE PASS-THROUGH ) | CTRM: 3070 |
| CERTIFICATES, SERIES 2005-AR3, and its ) | |
| successors and/or assignees, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| JACINTO MANCILLAS and MARIA ELENA ) | |
| MANCILLAS, Debtors, and DEVIN ) | |
| DERHAM-BURK, Trustee, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

**TO THE HONORABLE MARILYN MORGAN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that EMC MORTGAGE CORPORATION as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION as Trustee for the Certificateholders of STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2005-

AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR3, and its successors and/or assignees ("EMC MORTGAGE"), has filed the attached Motion For Relief From The Automatic Stay (the "Motion") in the above-entitled and numbered Chapter 13 case as the Debtors have failed to make post-petition payments.

This Motion is based upon the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

DATED: September 8, 2009

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ *William G. Malcolm*
    WILLIAM G. MALCOLM
    Attorneys for Movant