

WILLIAM G. MALCOLM, #129271
KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)
Email: bill@mclaw.org

Attorneys for Movant

**The following constitutes the order of the court. Signed October 16, 2009**

_Marilyn Morgan_
**Marilyn Morgan
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>JACINTO MANCILLAS and MARIA ELENA MANCILLAS,<br><br>　　　　Debtors.<br>_____<br>EMC MORTGAGE CORPORATION as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION as Trustee for the Certificateholders of STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR3, and its successors and/or assignees,<br><br>　　　　Movant,<br><br>vs.<br><br>JACINTO MANCILLAS and MARIA ELENA MANCILLAS, Debtors, and DEVIN DERHAM-BURK, Trustee,<br><br>　　　　Respondents.<br>_____ | Bankruptcy No. 09-51700<br><br>RS No. WGM-2169<br><br>Chapter 13<br><br>**ORDER TERMINATING AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: September 30, 2009<br>TIME: 3:00 PM<br>CTRM: 3070 |

　　　　A Motion For Relief From The Automatic Stay was noticed in the within matter and filed by EMC MORTGAGE CORPORATION as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION as Trustee for the Certificateholders of STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR3, and its successors and/or assignees

("Movant"). Said Motion was heard before the Honorable MARILYN MORGAN, United States Bankruptcy Judge on September 30, 2009. There was no pleading in opposition filed by the Debtors, JACINTO MANCILLAS and MARIA ELENA MANCILLAS, or the Trustee, DEVIN DERHAM-BURK.

The Court, having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the automatic stay herein, hereby makes its Order as follows:

IT IS HEREBY ORDERED that in regard to the real property located at 1467 Toluca Way, Madera, CA 93638 the automatic stay is terminated as to the Debtors and the Bankruptcy Estate and Movant may proceed with and consummate its foreclosure proceedings in all respects, and/or fully enforce all of its rights under its Note and Deed of Trust and Movant may further take any acts or institute and complete any proceedings necessary to obtain possession of the above real property in the event Movant is the successful purchaser of such property at foreclosure sale or in the event Movant otherwise acquires title to such property. The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER **

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | JACINTO MANCILLAS and MARIA ELENA MANCILLAS |
| | 1318 1ST STREET |
| 3 | SALINAS, CA 93905 |
| 4 | T. KEVIN DOUGHERTY |
| | 601 SOUTH MAIN STREET |
| 5 | SALINAS, CA 93901 |
| 6 | DEVIN DERHAM-BURK |
| | P.O. BOX 50013 |
| 7 | SAN JOSE, CA 95150-0013 |
| 8 | OFFICE OF THE U.S. TRUSTEE |
| | Office of the U.S. Trustee |
| 9 | 280 South First Street, Room 268 |
| 10 | San Jose, CA 95113 |
| 11 | MALCOLM ♦ CISNEROS |
| | 2112 Business Center Drive |
| 12 | Second Floor |
| | Irvine, CA  92612 |